**ORIGINAL**

**FILED**
JUN 0 2 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO MEDRANO AYALA,<br><br>Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin,<br><br>Respondent.<br><br>BONNIE M. DUMANIS<br>District Attorney<br>SOPHIA G. ROACH<br>Deputy District Attorney, SBN 194080<br>Attorneys for San Diego County Office of the District Attorney<br>Respondent to Subpoena. | No. CV 01-741-BTM<br><br>**PROTECTIVE ORDER RE: SELECTED DOCUMENTS FROM SAN DIEGO COUNTY DISTRICT ATTORNEY FILE A88447**<br><br><u>**DEATH PENALTY CASE**</u> |

**COMES NOW,** The Honorable Barry Ted Moskowitz, United States District Court Judge for the Southern District of California **AND HEREBY ORDERS:**

The following subpoenaed documents numbered PO763 through PO780 which have been provided to the parties by the San Diego County Office of the District Attorney and are distributed to Counsel for the Respondent, the California Attorney General, by and through Deputy Attorney General Steve Oetting and Counsel for Petitioner, Jay Ritt and Michael Belter, under the following conditions:

1. The documents shall not be provided to the petitioner/defendant or any other person outside the Petitioner's legal team, except as specified below.
2. The document may not be copied, photographed, scanned or reproduced in any fashion, without further order of the court.
3. The document and its contents may only be shown to or shared with individuals within the Petitioner's legal team whose knowledge of its contents are necessary to the presentation of the Petitioner's case.
4. The contents of the document may only be shared with the Petitioner to the extent that such disclosure is necessary to defend/prosecute the case. Prior to sharing any protected document with the Petitioner, all contact information for any person mentioned in the document shall be redacted.
5. The Court's copy of the documents shall be retained by the Court under seal so as to protect the privacy interest and safety of third persons.

Dated: June 2, 2010

_____
HON. BARRY TED MOSKOWITZ

I understand and agree to the foregoing conditions regarding the attached documents. Further I understand that inappropriate dissemination of these documents may violate privacy interests of third parties and could pose a threat to human life.

Dated: 6/3², 2010

_____
Sophia Roach
Deputy District Attorney
Counsel for Respondent to Subpoena Duces Tecum

Dated: 6/2, 2010

_____
Steve Oetting
Deputy Attorney General
Counsel for Respondent

Dated: 6/2, 2010

_____
Jay Ritt or Michael Belter
Counsel for Petitioner